| PROB 22 (Rev. 2/88) XTG | | CASE NUMBER *(Tran. Court)* 2:04CR327-01 | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** REDACTED | | CASE NUMBER *(Rec. Court)* Cr05-62 | |
| NAME AND ADDRESS OF PROBATION: Nathan Cox New Castle, Delaware | DISTRICT Eastern District of Pennsylvania | DIVISION | |
| | NAME OF SENTENCING JUDGE The Honorable Petrese B. Tucker | | |
| | DATES OF PROBATION: | FROM March 4, 2005 | TO March 3, 2008 |

OFFENSE:

Officer of employee of U. S. converting property of another

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania.

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 12, 2005
*Date*

*Petrese B. Tucker*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware.

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*