July 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Peter T. Dalleo, Clerk of Court
J. Caleb Boggs Federal Building
844 King Street, Lock Box 18
Wilmington, Delaware 19801-3570



RE: U.S.A. vs. NATHAN COX
04-327-1 (ED OF PA) 05-62 (DEL)

Dear Mr. Dalleo:

Pursuant to Transfer of Jurisdiction, we herewith enclose a certified copy of the following;

INFORMATION
JUDGMENT
DOCKET ENTRIES

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: /s/ Dennis Taylor
Dennis Taylor, Deputy Clerk

Received above material or record file this     day of        , 20   .

Signature: _____

Date: _____

crf7

| PROB 22 (Rev. 2/88) XTG | | | CASE NUMBER *(Tran. Court)* 2:04CR327-01 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** FILED JUL 1 5 2005 | | | CASE NUMBER *(Rec. Court)* CR05-62 |
| NAME AND ADDRESS OF PROBATION: Nathan Cox  New Castle, Delaware | DISTRICT Eastern District of Pennsylvania | DIVISION | |
| | NAME OF SENTENCING JUDGE The Honorable Petrese B. Tucker | | |
| | DATES OF PROBATION: | FROM March 4, 2005 | TO March 3, 2008 |

OFFENSE:

Officer of employee of U. S. converting property of another

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 12, 2005
*Date*

*Petrese B Tucker*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

July 7, 2005
*Effective Date*

*United States District Judge*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-18-05
ATTEST: Dennis [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**ENTERED**
JUL 1 8 2005
CLERK OF COURT

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:04-cr-00327-PBT-ALL
# Internal Use Only

Case title: USA v. COX                               Date Filed: 06/07/2004

Assigned to: HONORABLE
PETRESE B. TUCKER

**Defendant**

**NATHAN COX** (1)                  represented by **MARK S. GREENBERG**
*TERMINATED: 03/23/2005*                             LACHEEN DIXON WITTELS &
                                                     GREENBERG LLP
                                                     1429 WALNUT ST.
                                                     13TH FLOOR
                                                     PHILADELPHIA, PA 19102
                                                     215-735-5900
                                                     Fax: 215-735-4649
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Retained*

**Pending Counts**                           **Disposition**

18:654- OFFICER OR EMPLOYEE                  PROBATION 3 YEARS, SPECIAL
OF U.S. CONVERTING PROPERTY                  ASSESSMENT $50.00, FINE
OF ANOTHER                                   $250.00
(1)

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**                        **Disposition**

None

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-18-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## Highest Offense Level
## (Terminated)
None

## Complaints                                           ## Disposition
None

---

## Plaintiff
**USA**                              represented by **ANITA D. EVE**
                                     U.S. ATTORNEY'S OFFICE
                                     615 CHESTNUT ST.
                                     SUITE 1250
                                     PHILA, PA 19106-4476
                                     TEL 215-861-8577
                                     Fax: 215-861-8618
                                     Email: anita.eve@usdoj.gov
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | INFORMATION as to NATHAN COX (1) count(s) 1. (cmc) (Entered: 06/07/2004) |
| 06/07/2004 |   | ***JS-2 Opening Information (cmc) (Entered: 06/07/2004) |
| 08/03/2004 | 2 | NOTICE OF HEARING as to NATHAN COX Plea Hearing set for 8/9/2004 11:00 AM in COURTROOM 9B before HONORABLE PETRESE B. TUCKER. (adr, ) (Entered: 08/03/2004) |
| 08/11/2004 | 3 | NOTICE OF HEARING as to NATHAN COX Sentencing set for 11/15/2004 09:30 AM in COURTROOM 9B before HONORABLE PETRESE B. TUCKER. (adr, ) (Entered: 08/11/2004) |
| 08/11/2004 | 4 | NOTICE OF ATTORNEY APPEARANCE MARK S. GREENBERG APPEARING FOR NATHAN COX. (ke) (Entered: 08/11/2004) |
| 08/11/2004 | 5 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER Arraignment as to NATHAN COX (1) Count 1 held on 8/9/04. Plea entered as to NATHAN COX (1) Guilty Count 1. PSI Ordered. Sentencing set for 11/15/2004 at 10:00 AM before the HONORABLE PETRESE B. TUCKER. Deft. placed on $5,000.00 |

| | | |
|---|---|---|
| | | O/R bail.Court Reporter N. O'NEILL.(ke) (Entered: 08/11/2004) |
| 08/11/2004 | ●6 | Guilty Plea Agreement as to NATHAN COX. (ke) (Entered: 08/11/2004) |
| 08/11/2004 | ● | O/R Bond Entered as to NATHAN COX in amount of $ 5,000.00. (ke) (Entered: 08/11/2004) |
| 08/26/2004 | ●7 | Guilty Plea Agreement as to NATHAN COX. (ke) (Entered: 08/27/2004) |
| 11/15/2004 | ●8 | SENTENCING MEMORANDUM AND CERTIFICATE OF SERVICE by USA as to NATHAN COX (EVE, ANITA) (Entered: 11/15/2004) |
| 11/22/2004 | ●9 | SENTENCING MEMORANDUM FILED BY NATHAN COX, CERTIFICATE OF SERVICE. (ke) (Entered: 11/22/2004) |
| 02/01/2005 | ●10 | NOTICE OF HEARING as to NATHAN COX Sentencing set for 3/4/2005 09:30 AM before HONORABLE PETRESE B. TUCKER. (adr, ) (Entered: 02/01/2005) |
| 03/08/2005 | ●11 | WAIVER OF INDICTMENT AS TO NATHAN COX. (ke) (Entered: 03/09/2005) |
| 03/08/2005 | ●12 | Minute Entryfor proceedings held before Judge PETRESE B. TUCKER Sentencing held on 3/4/05 for NATHAN COX (1), Count(s) 1, PROBATION 3 YEARS, SPECIAL ASSESSMENT $50.00, FINE $250.00.Court Reporter N. O'NEILL.(ke) (Entered: 03/09/2005) |
| 03/23/2005 | ●13 | JUDGMENT AS TO NATHAN COX (1), Count(s) 1, PROBATION 3 YEARS, SPECIAL ASSESSMENT $50.00, FINE $250.00. Signed by Judge PETRESE B. TUCKER on 3/9/05.3/24/05 Entered and Copies Mailed BY CHAMBERS. (ke) (Entered: 03/24/2005) |
| 03/23/2005 | | ***Case Terminated as to NATHAN COX. (ke) (Entered: 03/24/2005) |
| 03/23/2005 | | ***Judgment Index Record Added (rs, ) (Entered: 03/24/2005) |
| 07/15/2005 | ●14 | Probation Jurisdiction Transferred to District of Delaware as to NATHAN COX Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (DT) (Entered: 07/18/2005) |



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  DATE FILED:

v.  :  CRIMINAL NO. 04-___322___

NATHAN COX  :  VIOLATION: 18 U.S.C. § 654 (Officer or employee of the United States converting property of another - 1 count)

FILED
JUN 0 7 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clk

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Information:

1. Defendant NATHAN COX was an employee of the Transportation Security Administration ("TSA"), an agency of the United States government.

2. Defendant NATHAN COX was employed as a Transportation Security Screener at Philadelphia International Airport, Philadelphia, PA in February 2004. COX had been employed as a screener since October 2002.

3. Defendant NATHAN COX was simultaneously working the xray position and the entry position to the checkpoint in Terminal E at Philadelphia International Airport.

4. Defendant NATHAN COX was responsible for screening airline passengers and their personal belongings before they were permitted to enter Terminal E at Philadelphia International Airport.

5. On or about February 16, 2004, at Philadelphia, in the Eastern District of Pennsylvania, defendant

NATHAN COX

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-18-05
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

being an officer and employee of the United States and of the TSA, did knowingly embezzle and wrongfully convert to his own use property of another, that is approximately $335 in United States currency belonging to an airline passenger entering Terminal E of Philadelphia International Airport, which currency had come into his possession and under his control in the execution of his employment, and under the color or claim of authority as such officer and employee of the Transportation Security Administration.

In violation of Title 18, United States Code, Section 654.

A TRUE BILL:

*Timothy R Rice*
PATRICK L. MEEHAN
United States Attorney

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| NATHAN COX | Case Number: 04-327-1 |
| | USM Number: N/A |
| | Mark Greenberg, Esq.      Anita Eve, Esq. |
| | Defendant's Attorney      Assistant United States Attorney |

FILED MAR 23 2005 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __1__

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:654 | Officer of employee of U.S. converting property of another | Feb. 16, 2004 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

c: deft
M. Greenberg
AUSA
USProb
PTS
USMS
PLU
ST
fiscal

March 4, 2005
Date of Imposition of Judgment

_Petrese B. Tucker_
Signature of Judge

Petrese B. Tucker, United States District Court Judge
Name and Title of Judge

3/9/05
Date

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-18-05
ATTEST: _Dennis T___
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AO 245B* (Rev. 12/03) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page __2__ of __5__

**DEFENDANT:** NATHAN COX
**CASE NUMBER:** 04-327-1

# PROBATION

The defendant is hereby sentenced to probation for a term of :     3 years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 4A — Probation

Judgment—Page __3__ of __5__

DEFENDANT:      NATHAN COX
CASE NUMBER:    04-327-1

## ADDITIONAL PROBATION TERMS

The defendant shall participate in an appropriate substance abuse treatment program.

AO 245B' (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

**DEFENDANT:** NATHAN COX
**CASE NUMBER:** 04-327-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 50.00 | $ 250.00 | $ |

☐ The determination of restitution is deferred ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 5 of 5

DEFENDANT: NATHAN COX
CASE NUMBER: 04-327-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐ Lump sum payment of $ _____ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  X Special instructions regarding the payment of criminal monetary penalties:

   The defendant shall pay the special assessment and fine within 30 days of the date of this judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.