Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                                                  Crim. No.1:05CR00062-001 (GMS)

Nathan Cox

    On March 9, 2005, the above named was placed on Probation for a period of Three years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Nathan Cox be discharged from Probation.

Respectfully submitted,

_____  
Angelica Lopez  
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this ___3rd___ day of _____August_____, 2007.

_____  
The Honorable Gregory M. Sleet  
Chief U.S. District Court Judge

FILED  
AUG - 3 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE